FILED
2020 FEB 4 AM 10: 26
CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 20MJ00454 |
| V. | |
| JOSHUA BETHEL | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 01/31/20  1900   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1343 - WIRE FRAUD

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1989

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: MARK BLEDSTEIN   Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin Thompkins

10. Remarks (if any): _____

11. Name: SA AL ROSSI   (please print)

12. Office Phone Number: 310-413-7034   13. Agency: HSI

14. Signature: [signature]   15. Date: 02/03/20

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION